# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2329
LT Case No. 2018-CF-50446

_____

BYRON STEVE GARCIA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On Appeal from the Circuit Court for Brevard County.
Aaron J. Peacock, Judge.

Matthew J. Metz, Public Defender, and Jane C. Almy, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison L. Morris, Assistant Attorney General, Daytona Beach, for Appellee.

November 7, 2023

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____